UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                        §
                                              §
OCASIO DIAZ, FELIX EDGARDO                    §    Case No. 10-08370 ESL
MARRERO LUGO, SYLVIA EILEEN                   §
                                              §
         Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NOREEN WISCOVITCH-RENTAS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                   CLERK OF THE COURT
                   US POST OFFICE & COURTHOUSE
                   300 RECINTO SUR SUITE 109
                   SAN JUAN, PUERTO RICO   00901

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/21/2011             By: Noreen Wiscovitch-Rentas
                                                     Chapter 7 Trustee

*NOREEN WISCOVITCH-RENTAS*
*PMB #136*
*400 Kalaf Street*
*SAN JUAN, PR 00918*

UNITED STATES BANKRUPTCY COURT
SAN JUAN **DISTRICT OF** PUERTO RICO
HATO REY (SAN JUAN) **DIVISION**

In re:  §
 §
 §
OCASIO DIAZ, FELIX EDGARDO § Case No. 10-08370 ESL
MARRERO LUGO, SYLVIA EILEEN §
 §
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NOREEN WISCOVITCH-RENTAS | $ | $ | $ |
| Trustee Expenses: NOREEN WISCOVITCH-RENTAS | $ | $ | $ |
| Attorney for Trustee Fees: ENRIQUE VELA | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American Infosource Lp As Agent for Wfnnb | $ | $ | $ |
| 000003 | American Infosource Lp As Agent for Wfnnb | $ | $ | $ |
| 000004 | American Infosource Lp As Agent for Wfnnb | $ | $ | $ |
| 000005 | American Infosource Lp As Agent for Wfnnb | $ | $ | $ |
| 000006 | BANCO POPULAR DE PUERTO RICO | $ | $ | $ |
| 000007 | GE Money Bank | $ | $ | $ |
| 000008 | GE Money Bank | $ | $ | $ |
| 000009 | GE Money Bank | $ | $ | $ |
| 000010 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | American Infosource Lp As Agent for | $ | $ | $ |
| 000012 | GE Money Bank | $ | $ | $ |
| 000013 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000014 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000015 | FIA Card Services, NA/Bank of America | $ | $ | $ |

    Total to be paid to timely general unsecured creditors   $_____

    Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    Prepared By: /s/Noreen Wiscovitch-Rentas  
                             Chapter 7 Trustee

*NOREEN WISCOVITCH-RENTAS*  
*PMB #136*  
*400 Kalaf Street*  
*SAN JUAN, PR 00918*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.